UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
**SOUTHERN DIVISION**

In re: In Bankruptcy

***JAMES PRICE*** *Case No.: 10-69297-WS*
*Chapter 7*
*Honorable WALTER SHAPERO*

_____Debtor (s)_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $3.96 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| CHASE BANK USA, NA<br>PO Box 15145<br>Wilmington, DE 19850 | 2 | $3.96 |

Dated: November 1, 2011

/s/ BASIL T. SIMON (P26340)____
Chapter 7 Trustee
422 W. Congress, Suite 400
Detroit, MI 48226
313/962-6400
bsimon@sszpc.com